**2003–0336.  State v. Dowd.**

Cuyahoga App. No. 80990, 2002-Ohio-7061. On motion for leave to file delayed appeal. Motion granted. Resnick and F.E. Sweeney, JJ., dissent.

**2003–0340.  State v. Fair.**

Franklin App. Nos. 96APA01–63 and 96APA01–64. On motion for leave to file delayed appeal. Motion denied.

**2003–0341.  State v. Jones.**

Cuyahoga App. No. 80737, 2002-Ohio-6045. On motion for leave to file delayed appeal. Motion denied. Pfeifer, J., dissents.

**2003–0361.  State v. Brown.**

Marion App. No. 9–02–02, 2002-Ohio-6765. On motion for leave to file delayed appeal. Motion granted. F.E. Sweeney, J., dissents.

**2003–0368.  State v. Little.**

Seneca App. No. 13–01–40, 2002-Ohio-5094. On motion for leave to file delayed appeal. Motion denied.

**2003–0372.  State v. Southall.**

Stark App. No. 2002CA00070, 2002-Ohio-6552. On motion for leave to file delayed appeal. Motion denied.

Lundberg Stratton, J., dissents.

**2003–0373.  State v. Nesbitt.**

Summit App. No. 20926, 2002-Ohio-4857. On motion for leave to file delayed appeal. Motion denied. Lundberg Stratton, J., dissents.

**2003–0389.  State v. Satta.**

Marion App. No. 9–01–38, 2002-Ohio-5049. On motion for leave to file delayed appeal. Motion denied. Moyer, C.J., and Pfeifer, J., dissent.

**2003–0423.  RPM, Inc. v. Oatey Co.**

Medina App. Nos. 3282–M and 3289–M, 2003-Ohio-367. On motion for stay of court of appeals' judgment. Motion granted provided that bond be posted in the amount of $84,000.

Cook and O'Connor, JJ., dissent.

**2003–0447.  State ex rel. State v. Lewis.**

In Prohibition. On emergency motion for stay of any proceedings in *DeRolph v. State,* Perry County Common Pleas Court case No. 22043. Motion denied.

On motion for leave to intervene of the *DeRolph* plaintiffs and the Ohio Coalition for Equity and Adequacy of School Funding. Motion granted.

## APPEALS ACCEPTED FOR REVIEW

**2002–2123.  Kekic v. Royal & SunAlliance Ins. Co.**

Cuyahoga App. No. 80693, 2002-Ohio-5563. Discretionary appeal allowed on Proposition of Law No. I and cause held for the decision in 2002–1245 and 2002–1271, *Estate of Houser v. Motorists Ins. Co.,* Auglaize App. No. 2–02–02, 2002-Ohio-2845; briefing schedule stayed.

Discretionary appeal allowed on Proposition of Law No. II and cause held for the decision in 2002– 0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

**2002–2139.  Szekeres v. State Farm Fire & Cas. Co.**

Licking App. No. 02CA00004, 2002-Ohio-5989. Discretionary appeal allowed and cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

F.E. Sweeney, J., would allow.

Lundberg Stratton and O'Connor, JJ., dissent.